IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRIAN ALEXIS BALDONADO-BELMONTES,

Defendant.

**8:26CR53**

**PRELIMINARY ORDER OF FORFEITURE**

This matter is before the Court upon the Government's Motion for Preliminary Order of Forfeiture. Filing 50. The Court has carefully reviewed the record in this case and finds as follows:

1. On July 7, 2026, the Court held a change of plea hearing whereby Brian Aleis Baldonado-Belmontes ("Baldonado-Belmontes") entered a plea of guilty to Count I of the Indictment and admitted to the Forfeiture Allegation. Filing 27 (text minute entry); Filing 32.

2. Count I of the Indictment charged Baldonado-Belmontes with illegal alien in possession of a firearm and ammunition, in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8). Filing 20.

3. The Forfeiture Allegation sought forfeiture, pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 924(d)(1), of "any firearm and any ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)" including a Smith and Wesson, M&P 15-22, .22 caliber rifle. Filing 20.

4. Due to inadvertent oversight, Defendant did not plead to the Bill of Particulars in either in his Plea Agreement or at sentencing. Accordingly, the assets identified in the Bill of Particulars should be dismissed from this matter.

5. Based on the Defendant's guilty plea and admission, Defendant forfeits his interest in the Smith and Wesson, M&P 15-22, .22 caliber rifle, and the Government is entitled to possession of any interest Defendant has in the Smith and Wesson, M&P 15-22, .22 caliber rifle, pursuant to 21 U.S.C. § 853.

6. The Government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The Government's Motion for Preliminary Order of Forfeiture, Filing 50, is granted.

2. Based upon the Forfeiture Allegation of the Indictment, Filing 20, and Defendant's guilty plea and admission, the Government is hereby authorized to seize the Smith and Wesson, M&P 15-22, .22 caliber rifle.

3. Defendant's interests in the Smith and Wesson, M&P 15-22, .22 caliber rifle, is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The Smith and Wesson, M&P 15-22, .22 caliber rifle, is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet Government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the Government 's intent to dispose of the Smith and Wesson, M&P 15-22, .22 caliber rifle, in such manner as the Attorney General may direct, and notice that any person, having or claiming a legal interest in the Smith and Wesson, M&P 15-22, .22 caliber rifle, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Smith and Wesson, M&P 15-22, .22 caliber rifle, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the Smith and Wesson, M&P 15-

22, .22 caliber rifle, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Smith and Wesson, M&P 15-22, .22 caliber rifle, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

9. The assets identified in the Bill of Particulars are hereby dismissed from this matter.

Dated this 24th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge